# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-2904

_____

ACE AMERICAN INSURANCE
COMPANY serviced by ESIS WC
CLAIMS and FOX RENT-A-CAR,
INC.,

    Appellants,

    v.

JACOBY C. GRAGGS,

    Appellee.

_____


On appeal from the Office of the Judges of Compensation Claims.
Edward Almeyda, Judge.

Date of Accident:  November 8, 2022.

September 16, 2024

PER CURIAM.

    DISMISSED.

ROBERTS, BILBREY, and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


William H. Rogner, Orlando, for Appellants.

Kenneth B. Schwartz of Gordon & Partners, P.A., North Palm Beach, for Appellee.